IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            CRIMINAL NO. 2:19-cr-296

       v.

PETER RENE SANCHEZ MONTALVO
a/k/a CARLOS

**MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS NUNC PRO TUNC**

The defendant, through counsel, respectfully files this Motion for Extension of Time to File Pretrial Motions, requesting an extension of sixty (60) days.  In support thereof, counsel states:

1. Defendant was charged with violations of 21 United States Code §§841(a)(1) and 841(b)(1)(C) at the above number.

2. Counsel was appointed to represent Defendant on November 5, 2019.

3. Pursuant to Local Rule 12, the Federal of Criminal Procedure 45(a), certain pretrial motions were due November 27, 2020.

4. Counsel needs additional time to review Rule 16 materials and investigate this matter.

5. Counsel needs additional time to file pretrial motions, if necessary.

6. The United States, through Assistant United States Attorney Robert C. Schupansky, consents to the granting of this motion.

WHEREFORE, the defendant requests that the motion to extend time for filing pretrial motions be granted, and that the time for filing such motions be extended for 60 days to January 26, 2021.

                                        Respectfully submitted

                                        */s/    Charles J. Porter*
                                        Charles J. Porter
                                        Attorney I.D. No. 43676
                                        Brucker & Porter
                                        436 Seventh Avenue, Suite 300
                                        Pittsburgh, PA  15219
                                        412-261-0363

Dated:  November 30, 2020